OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

US POSTAGE
PITNEY BOWES

02 1R        $ 00.26⁵
0002003152   APR 27 2015
MAILED FROM ZIP CODE 78701

4/22/2015

**Gluck, Andrei**          Tr. Ct. No. W03-51313-W(B)          **WR-81,148-02**

On this day, the supplemental clerk's record, in response to the order issued by this Court, has been received and presented to the Court.

Abel Acosta, Clerk

ANDREI GLUCK
CI SEAGOVILLE #45690-177
P.O. BOX 9000
SEAGOVILLE, TX 75159

REF

RTS